IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT ALLAN COWAN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1439

Opinion filed May 19, 2015.

An appeal from the Circuit Court for Duval County.
Mark Hulsey III, Judge.

Nancy A. Daniels, Public Defender, and David A. Davis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Matthew Pavese and Jennifer J. Moore, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

In this direct appeal, appellant claims the trial court erred by failing to make the required findings of reliability pursuant to section 90.803(23), Florida Statutes (2009), when it ruled the child victim's out-of-court statements were admissible at trial. We agree with the state that this claim is not preserved for appeal because

appellant failed to make a contemporaneous objection to the lack of findings. Elwell v. State, 954 So. 2d 104, 109 (Fla. 2d DCA 2007); accord Rodriguez v. State, 120 So. 3d 656 (Fla. 1st DCA 2013); McCloud v. State, 91 So. 3d 940, 941 (Fla. 1st DCA 2012).  Accordingly, we affirm.

AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.